COMMONWEALTH of Pennsylvania, Respondent

v.

Jonathan F. HARRIS, Petitioner

No. 481 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Dayvon COX, Petitioner

No. 518 WAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Cindy L. FRAZIER, Petitioner

No. 501 WAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.